

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00303-CR

**EX PARTE** Jimmy Coung Duc **TRAN**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12300A
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed: November 25, 2020

APPEAL DISMISSED

On November 18, 2020, appellant filed a motion to dismiss his appeal. *See* TEX. R. APP.

P. 42.2(a). We grant the motion and dismiss the appeal.

PER CURIAM

Do not publish